V. James DeSimone (SBN: 119668)
Carmen D. Sabater (SBN: 303546)
**V. JAMES DESIMONE LAW**
13160 Mindanao Way, Suite 280
Marina del Rey, California 90292
Telephone:  310.693.5561
Facsimile:   323.544.6880

Attorneys for Plaintiffs,
MIGUEL HERRERA CANO

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL HERRERA CANO | Case No.: 2:18-cv-08305-MWF-AFM |
| Plaintiffs, | |
| v. | **PLAINTIFF'S APPENDIX OF EXHIBITS IN SUPPORT OF OPPOSITION DEFENDANTS COUNTY OF LOS ANGELES AND CHIEF TERRI MCDONALD AND DR. SU-PIN KUO'S MOTION FOR SUMMARY JUDGMENT OR, PARTIAL SUMMARY JUDGEMENT** |
| COUNTY OF LOS ANGELES; LOS ANGELES COUNTY PROBATION CHIEF TERRI MCDONALD; DR. SU-PIN KUO'S in her individual and official capacity; and DOES 1 through 20, inclusive, | |
| Defendants. | Date:         September 14, 2020<br>Time:         10:00 a.m.<br>Crtrm:       5A |
| | Action Filed:   September 26, 2018<br>Trial Date:      January 19, 2021 |

/// 

///

1

**TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:**

Plaintiff Miguel Herrera Cano hereby submit the following exhibits in support of Opposition to Defendants' Motion for Summary Judgment or, Partial, Summary Adjudication

## TABLE OF CONTENTS

| Exhibit Number | Exhibit Description |
|---|---|
| 1. | February 18, 2018 letter to Superintendent Janie Jones regarding the concerns of MHC's medical care at Barry J. |
| 2. | April 23, 2019 Deposition of Miguel Herrera Cano |
| 3. | April 25, 2019 Deposition of Anna Cano |
| 4. | October 15, 2019 Deposition of Joshua Latham |
| 5. | October 25, 2019 Deposition of Scott Sanders |
| 6. | October 15, 2019 Deposition of Ayanna Crumb |
| 7. | October 24, 2019 Deposition of Dr. Su-Pin Kuo |
| 8. | October 23, 2019 Deposition of Ken Moffett |
| 9. | July 16, 2020 and August 14, 2020 Deposition of Nurse Hope Dougherty |
| 10. | August 7, 2020 Deposition of Dr. Cornelia Freudenstein De Licona |
| 11. | Olive View UCLA Medical Center's Emergency Documentation of Plaintiff Miguel Herrera Cano dated on February 4, 2018, COLA000235-COLA000237 |
| 12. | Olive View UCLA History and Physical Reports of Plaintiff Miguel Herrera Cano dated January 27, 2018, COLA000258-COLA000260 |
| 13. | Olive View UCLA Consultation Notes of Plaintiff Miguel Herrera Cano dated January 27, 2018, COLA000298-COLA000299 |

PLAINTIFF'S APPENDIX OF EXHIBITS IN SUPPORT OF OPPOSITION DEFENDANTS COUNTY OF LOS ANGELES AND CHIEF TERRI MCDONALD AND DR. SU-PIN KUO'S MOTION FOR SUMMARY JUDGMENT OR, PARTIAL SUMMARY JUDGEMENT

*Cano v. County of Los Angeles, et al.*                V. James DeSimone, Esq.
Case No.: 2:18-cv-08305-MWF-AFM                Carmen D. Sabater, Esq.

| Exhibit Number | Exhibit Description |
|---|---|
| 14. | Olive View UCLA Medical Orders of Plaintiff Miguel Herrera Cano dated January 27, 2018, COLA000363-COLA000364 |
| 15. | Olive View UCLA Patient Care of Plaintiff Miguel Herrera Cano dated January 27, 2018 to February 1, 2018, COLA000376-COLA000379 |
| 16. | Barry J. Nidorf Juvenile Hall's Nursing Notes of Plaintiff Miguel Herrera Cano dated January 24, 2018-January 25, 2018, COLA000847 |
| 17. | Barry J. Nidorf Juvenile Hall's Nursing Triage Assessment of Plaintiff Miguel Herrera Cano dated January 25, 2018, COLA000937-COLA000938 |
| 18. | Barry J. Nidorf Juvenile Hall's Nursing Triage Assessment of Plaintiff Miguel Herrera Cano dated January 27, 2018, COLA00939-COLA000941 |
| 19. | Barry J. Nidorf Juvenile Hall's Casenote Details of Plaintiff Miguel Herrera Cano, COLA001034 |
| 20. | Plaintiff Miguel Herrera Cano's Request for Medical Services dated January 25, 2018, COLA001148 |
| 21. | Barry J. Nidorf Juvenile Hall's Medical Housing Unit Forms of Plaintiff Miguel Herrera Cano dated January 25, 2018-February 20, 2018, COLA001181-COLA001189 |
| 22. | Olive View UCLA Patient Discharge Instructions for Plaintiff Miguel Herrera Cano dated February 4, 2018, COLA001119-COLA001121 |
| 23. | Barry J. Nidorf Juvenile Hall's Medical Housing Unit Forms of |

PLAINTIFF'S APPENDIX OF EXHIBITS IN SUPPORT OF OPPOSITION DEFENDANTS COUNTY OF LOS ANGELES AND CHIEF TERRI MCDONALD AND DR. SU-PIN KUO'S MOTION FOR SUMMARY JUDGMENT OR, PARTIAL SUMMARY JUDGEMENT

*Cano v. County of Los Angeles, et al.*                                    V. James DeSimone, Esq.
Case No.: 2:18-cv-08305-MWF-AFM                          Carmen D. Sabater, Esq.

| Exhibit Number | Exhibit Description |
|---|---|
| | Plaintiff Miguel Herrera dated January 25, 2018-January 26, 2018, COLA001183-COLA001188 |
| 24. | Barry J. Nidorf Physician Notes of Plaintiff Miguel Herrera dated January 11, 2018-February 5, 2018, COLA001217-COLA001223 |
| 25. | Barry J. Nidorf Probation Authorization for Major Medical Care of Plaintiff Miguel Herrera dated January 27, 2018, COLA001266-COLA001268 |
| 26. | Detention Services Officer Joshua Latham's Probation Case Note dated January 26, 2018, COLA001740 |
| 27. | Gregory Brown's email to Luis Dominguez, Janice Jones, Jeffery Probasco, Carlos Coronado, James Jacob Jr., Scott Sanders, Steven Olson, Melissa Soto, David Mitchell regarding Plaintiff Miguel Herrera Cano's Release from Olive View Medical Center, dated February 4, 2018, COLA001785 |
| 28. | Kenneth Moffett's email to Janice Jones regarding Plaintiff Miguel Herrera Cano, dated January 28, 2018, COLA001826-COLA001827 |
| 29. | David Oh's email to David Mitchell, Sheila Mitchell, Luis Dominguez, and Janice Jones regarding Plaintiff Miguel Herrera Cano, dated January 29, 2018, COLA001841 |
| 30. | Los Angeles County Probation Department's Handbook of Rights and Rules, COLA001908-COLA001915 |
| 31. | County of Los Angeles Probation Department Directive, COLA002120-COLA002129 |

4

**PLAINTIFF'S APPENDIX OF EXHIBITS IN SUPPORT OF OPPOSITION DEFENDANTS COUNTY OF LOS ANGELES AND CHIEF TERRI MCDONALD AND DR. SU-PIN KUO'S MOTION FOR SUMMARY JUDGMENT OR, PARTIAL SUMMARY JUDGEMENT**

*Cano v. County of Los Angeles, et al.*                    V. James DeSimone, Esq.
Case No.: 2:18-cv-08305-MWF-AFM                    Carmen D. Sabater, Esq.

| Exhibit Number | Exhibit Description |
|---|---|
| 32. | Barry J. Nidorf Juvenile Hall's Final Physician Clinical Note of Plaintiff Miguel Herrera Cano dated January 25, 2018, COLA002326-COLA002327 |
| 33. | Barry J. Nidorf Juvenile Hall Final Physician Clinical Note of Plaintiff Miguel Herrera Cano dated January 26, 2018, COLA002328-COLA002330 |
| 34. | Barry J. Nidorf Juvenile Hall Gastrointestinal Assessment of Plaintiff Miguel Herrera Cano dated January 25, 2018, COLA002333 |
| 35. | Barry J. Nidorf Juvenile Hall Medical Housing Unit Note of Plaintiff Miguel Herrera Cano dated January 25, 2018, COLA002334 |
| 36. | Barry J. Nidorf Juvenile Hall Medical Housing Unit Note of Plaintiff Miguel Herrera Cano dated January 25, 2018, COLA002335 |
| 37. | Barry J. Nidorf Juvenile Hall Medical Housing Unit Note of Plaintiff Miguel Herrera Cano dated January 26, 2018, COLA002338-COLA002339 |
| 38. | Barry J. Nidorf Juvenile Hall Medical Housing Unit Note of Plaintiff Miguel Herrera Cano dated January 26, 2018, COLA002340 |
| 39. | Dr. Cornelia Freudenstein De Licona's affidavit dated January 26, 2018, COLA002373-COLA002375 |
| 40. | Dr. Cornelia Freudenstein De Licona's handwritten notes dated June 9, 2017-August 27, 2018, CANO000376-CANO000379 |
| 41. | Dr. Martin Louis Chenevert, M.D. signed Declaration in support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment |

**PLAINTIFF'S APPENDIX OF EXHIBITS IN SUPPORT OF OPPOSITION DEFENDANTS COUNTY OF LOS ANGELES AND CHIEF TERRI MCDONALD AND DR. SU-PIN KUO'S MOTION FOR SUMMARY JUDGMENT OR, PARTIAL SUMMARY JUDGEMENT**

*Cano v. County of Los Angeles, et al.*                                    V. James DeSimone, Esq.
Case No.: 2:18-cv-08305-MWF-AFM                          Carmen D. Sabater, Esq.

| Exhibit Number | Exhibit Description |
|---|---|
| 42. | October 25, 2019 Deposition of Dr. David Oh |
| 43. | Social Worker Artemio Rodriguez Progress Note, dated January 28, 2018, COLA000509 |

Date: August 31, 2020

By: */s/ V. James DeSimone*

V. JAMES DESIMONE, ESQ.
CARMEN D. SABATER, ESQ

Attorneys for Plaintiffs,
MIGUEL HERRERA CANO

**PLAINTIFF'S APPENDIX OF EXHIBITS IN SUPPORT OF OPPOSITION DEFENDANTS COUNTY OF LOS ANGELES AND CHIEF TERRI MCDONALD AND DR. SU-PIN KUO'S MOTION FOR SUMMARY JUDGMENT OR, PARTIAL SUMMARY JUDGEMENT**

*Cano v. County of Los Angeles, et al.*
Case No.: 2:18-cv-08305-MWF-AFM

V. James DeSimone, Esq.
Carmen D. Sabater, Esq.