UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    2:18-cv-08305-MWF-AFM                              Dated: February 11, 2022

Title:    Miguel Herrera Cano v. County of Los Angeles, et al

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

PROCEEDINGS (IN CHAMBERS):         COURT ORDER

In light of the Notice of Settlement filed February 9, 2022, the Court sets a hearing on Order To Show Cause Re Dismissal for June 13, 2022 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

IT IS SO ORDERED.

MINUTES FORM 90                                          Initials of Deputy Clerk __rs__
CIVIL - GEN