Avi Burkwitz, Esq., Bar No.: 217225
ABurkwitz@Pbbllp.com
Gil Burkwitz, Esq., Bar No.: 289337
GBurkwitz@Pbbllp.com
**PETERSON · BRADFORD · BURKWITZ**
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

Attorneys for Defendant
County of Los Angeles and Dr. Su-Pin Kuo

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF LOS ANGELES**

| | |
|---|---|
| MIGUEL HERRERA CANO<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; LOS ANGELES COUNTY PROBATION CHIEF TERRI MCDONALD, in her individual and official capacity; DR. SU-PIN KUO; and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No.:  2:18-CV-08305 MWF<br>Assigned to the Honorable:  Michael W. Fitzgerald<br><br>**STATUS REPORT RE: SETTLEMENT/DISMISSAL**<br><br>Date:  November 14, 2022<br>Time:  11:30 am<br><br>Complaint Filed |

Defendant County of Los Angeles, respectfully submits the following Status Report Re: Settlement/Dismissal:

Currently the claims approval  process is in the stage of having a Claims Board review on November 21, 2022.  Once that is approved, the Board of Supervisors will have the matter on its agenda hopefully for the December 2022 timeframe at which point after approval a settlement check will issue within 30 days.

///

1

**STATUS REPORT RE: SETTLEMENT
2:18-CV-08305 MWF**

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

It is therefore Defendant's request that the Court continue the OSC Re: Dismissal until February 2023.

DATED:  November 11, 2022            **PETERSON · BRADFORD · BURKWITZ**


By:   s/ Avi Burkwitz
         Avi Burkwitz, Esq.
         Gil Burkwitz, Esq.
         Attorneys for Defendant
         County of Los Angeles and Dr. Su-Pin Kuo

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

2

**STATUS REPORT RE: SETTLEMENT**
**2:18-CV-08305 MWF**

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

## **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

  I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 100 North First Street, Suite 300, Burbank, California 91502.

  On November 11, 2022, I served the foregoing document described as:

### **STATUS REPORT RE: SETTLEMENT**

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

### **SEE ATTACHED MAILING LIST**

☒   **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed document(s) with the Clerk of the Court by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system. Participants in this case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☐   **BY ELECTRONIC MAIL:**  I served the enclosed via e-mail transmission to each of the parties listed on the attached service list with an email address.

☒   **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 11, 2022, at Burbank, California.

      s/ Lynda Kerekesh

      Lynda Kerekesh

**STATUS REPORT RE: SETTLEMENT
2:18-CV-08305 MWF**

## SERVICE LIST

**RE:** **Herrera-Cano v. County of Los Angeles et al**

**Case No.:** 2:18-CV-08305

Vincent James Desimone
Carmen D. Sabater
V James Desimone Law
13160 Mindanao Way, Ste 280
Marina Del Rey, CA 90292
310.693.5561
Email: vjdesimone@gmail.com
Email: carmen.vjd.law@gmail.com

**Attorneys for Plaintiff**
**Miguel Herrera Cano**

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

**STATUS REPORT RE: SETTLEMENT**
**2:18-CV-08305 MWF**