JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MIGUEL HERRERA CANO, | Case No.: CV 18-8305-MWF(AFMx) |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS PURSUANT TO FRCP 41(a)** |
| v. | |
| COUNTY OF LOS ANGELES; LOS ANGELES COUNTY PROBATION CHIEF TERRI MCDONALD, in her individual and official capacity; DR. SU-PIN KUO; and DOES 2 through 20, inclusive, | *Assigned for all purpose to Honorable Michael W. Fitzgerald, Courtroom 5A* |
| Defendants. | Action Filed:  September 26, 2018<br>Trial Date:  March 15, 2022 |

The Court has reviewed and considered the parties' Joint Stipulation for the above-captioned action to be dismissed against all Defendants, with prejudice, of all claims pursuant to Federal Rules of Civil Procedure, rule 41(a)(1)(A)(ii).  Each party shall bear his/its own costs and attorneys' fees. The Court finds that good cause exists to grant the requests of the parties.

**IT IS SO ORDERED.**

Dated: February 27, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge

1

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS PURSUANT TO FRCP 41(a)**